UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>            Plaintiff,<br><br>       v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, et al.,<br><br>            Defendants. | No.  2:23-cv-02256 DJC CKD<br><br><br>ORDER |

Plaintiff is proceeding in this action without counsel.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 9, 2024, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 9, 2024 findings and recommendations (ECF No. 24) are adopted in full;
2. Defendants' motion to dismiss (ECF No. 19) is granted;
3. This action is dismissed with prejudice; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2